**MEMO ENDORSED**



Law Offices of
# Donald J. Yannella
A NY Professional Corporation
Email: nynjcrimlawyer@gmail.com
Office phone: (212) 226-2883
Mobile phone: (917) 549-6818

**NJ address:**
135 Prospect Street
Ridgewood, NJ 07450

**NY address:**
52 Duane Street, 7th Fl.
New York, NY 10007

April 16, 2025

Hon. Nelson S. Roman
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: United States v. Sui Zhang, 23 Cr. 612 (NSR)-05

Dear Judge Roman:

    Hugh Mo, Elizabeth Mo, and I represent Sui Zhang, who is scheduled to be sentenced on May 2, 2025. Over the Government's objection, we respectfully request that the sentence be adjourned for approximately 90 days.

    Additional time is required to gather mitigation evidence for our sentencing submission. Our mitigation specialist, Lisa McDermott, is compiling background information beyond what is included in the Presentence Report (PSR). Almost all mitigation witnesses exclusively speak Mandarin Chinese and or Fuzhounese, and Ms. McDermott requires an interpreter to interview them. Records from Chinese institutions and letters from family and friends require translation. Ms. McDermott is working on cases before military commissions in Guantanamo Bay, Cuba, which requires travel and creates scheduling conflicts for her. Consequently, Ms. McDermott needs additional time to complete her report.

    Additionally, Mr. Zhang has needs oral surgery[1], and the defense attempts to expedite the surgery have been fruitless. We will make follow-up inquires on this topic within the next week.

---

[1] Since mid-September 2024, Mr. Zhang has suffered from medical conditions and requires oral surgery. Defense counsel confirmed this with Ray Ulloa, MD, Wellpath Medical Director, the medical and dental services provider at Westchester County Jail. Mr. Zhang is awaiting a medical appointment and oral surgery date. Transfer to another facility may be required because Wellpath may not be equipped to perform the oral surgery.

      The offense to which Mr. Zhang pleaded guilty on December 12, 2024, Attempted Hobbs Act Robbery, in violation of 18 U.S.C. §1951, has a statutory range of zero to twenty years' imprisonment. The defense is permitted to seek a sentence as low as ten years, but the low end of the Guidelines range is approximately seventeen years.

      Mr. Zhang is 24 years old and has no prior criminal record. Given this range of potential sentences, it is particularly important for the defense to be afforded adequate time to gather and present mitigating evidence. No limitation shall be placed on the information the Court may consider in imposing a just and appropriate sentence. See 18 U.S.C. §3661.

      The original sentence date was February 7, 2025, and Mr. Zhang's one prior application to adjourn the sentence was granted. The requested adjournment does not constitute an unreasonable delay under 18 U.S.C. §3771(a)(7).

Sincerely,
/s/

Donald J. Yannella, Esq.

**Defendant's request to adjourn the May 2, 2025 Sentencing is GRANTED over the Government's objection. Sentencing is adjourned until September 5, 2025 at 12:00 noon, the Court's next available date. Clerk of Court is requested to terminate the motion at ECF No. 120.**
**Dated: White Plains, NY**
      **April 18, 2025**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE