MEMO ENDORSED



**THE LAW FIRM OF HUGH H. MO, P.C.**

225 BROADWAY, 27TH FL.   TEL (212) 385-1500
NEW YORK, NEW YORK 10007   FAX (212) 385-1870
www.hhmolaw.com

August 15, 2025

The Honorable Nelson S. Roman
United States District Judge
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:  *United States v. Sui Zhang, et al.*
           7:23-CR-00612 (NSR)-05

Dear Judge Roman:

    My Firm, along with Donald Yannella, Esq., represent Sui Zhang in the above-referenced matter. We respectfully request that the Court adjourn Mr. Zhang's sentencing hearing only from Friday, September 5, 2025, to Monday, September 22, 2025. The Government opposes this request. This is the third adjournment. This brief adjournment is necessary because Mr. Zhang's 88-year-old grandmother, has a medical appointment on September 5, 2025 that was scheduled prior to the last adjournment and could not be rescheduled despite multiple attempts to do so, and his mother, as her primary home health aide, must accompany her. Both wish to attend their son and grandson's sentencing.

    On April 16, 2025, defense counsel requested a second adjournment of the sentencing, seeking to adjourn the sentencing 90 days after May 2, 2025, to July 31, 2025. The Court granted the request and set Mr. Zhang's scheduling for September 5, 2025.

    In addition, defense counsel recently received additional Chinese language documents for Mr. Zhang's sentencing submission. The interpreters responsible for translating these Chinese language documents have indicated that they will be able to complete their translations on or by September 5, 2025 and that they had had to prioritize other assignments due to the delayed and non-payment of CJA vouchers. Finally, other family members who plan to attend the sentencing are traveling from across the country can be present on September 22, 2025.

    This request is for a brief delay of less than two weeks is made in good faith to ensure Mr. Zhang can have the meaningful presence of his family and the benefit of the completed Chinese document translations before sentencing.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/2025

THE LAW FIRM OF HUGH H. MO, P.C.

Honorable Nelson S. Roman  
*United States v. Sui Zhang, et al.*  
7:23-cr-00612-NSR

August 15, 2025  
Page -2-

    Lastly, this brief adjournment will not affect the Court's scheduling of Mr. Zhang's plea allocution on September 5, 2025 at 12:00PM. (Dkt. 153). The parties are available and prepared to proceed that day.

    We respectfully submit that, since Mr. Zhang's October 7, 2024 allocution before a Magistrate Judge was deemed factually insufficient by Your Honor, a guilty plea has not been entered. Under these circumstances, Mr. Zhang cannot be required to submit a sentencing memorandum, in which he would discuss his role in the offense. To do so would violate various constitutional rights, including due process and the right to remain silent.

    We submit that the requested adjournment is reasonable and will not prejudice the Government or unduly delay the proceedings.

    We thank the Court for its kind attention.

Respectfully submitted,

THE LAW FIRM OF HUGH H. MO, P.C.

By: /s/  
Elizabeth L. Mo  
Hugh H. Mo  
225 Broadway, Suite 2702  
New York, NY 10007  
(212) 385-1500

LAW OFFICE OF DONALD YANNELLA, P.C.

By: /s/  
Donald Yannella  
299 Broadway, Suite 800  
New York, NY 10007  
(212) 226-2883

*Attorneys for Defendant Sui Zhang*

---

**The Court has reviewed Defendant Sui Zhang's (05) letter motion, dated Aug. 15, 2025, and the Government's response letter, dated Aug. 18, 2025. Defendant's request to adjourn the Sept. 5, 2025 Sentencing is DENIED. On Sept. 5, 2025 at 12 noon, the Court will conduct a re-allocution of Defendant's guilty plea and follow with Sentencing. Defendant's sentencing memo shall be filed by Aug. 29, 2025 and the Government's sentencing memo shall be filed by Sept. 3, 2025. Two paper courtesy copies and one emailed copy shall be provided to the Court. Clerk of Court is requested to terminate the motion at ECF No. 158.**  
**Dated: White Plains, NY**  
    **August 20, 2025**

SO ORDERED:

/s/ Nelson S. Roman  
HON. NELSON S. ROMAN  
UNITED STATES DISTRICT JUDGE