USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/04/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

SUI ZHANG, et al.,

Defendant.

Case No. 7:23-CR-00612 (NSR) - 05

**ORDER PERMITTING THE DEFENDANT TO APPEAR AT SENTENCING IN CIVILIAN CLOTHING**

---

Upon the application of the defendant, SUI ZHANG, by and through his attorneys; the Court hereby orders the United States Marshals Service ("U.S. Marshals") to accept clothing for the defendant to use during his sentencing proceeding, which will take place on September 5, 2025, at 12:00 p.m. The Court now orders the U.S. Marshals to accept one full set of clothing, including, but not limited to: one white button-down dress shirt (size large) and one pair of black suit pants (size large); and to permit such clothing to be made available to the defendant prior to the court date above. In addition, the Court shall permit the defendant to change into the aforementioned clothing prior to the appearance. Counsel for the defendant shall deliver a copy of this order to the appropriate personnel at the U.S. Marshals.

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

DATED: September 4, 2025
White Plains, New York